**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATHLEEN MACPEAK,** *Plaintiff,* v. **UNUM LIFE INS. CO. OF AMERICA,** *Defendant.* | **Civil No. 24-1650** |

**ORDER**

**AND NOW**, this 28th day of September, 2026, upon consideration of the Parties' Cross-Motions for Summary Judgment (ECF Nos. 18 & 19) and all corresponding briefing, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (ECF No. 18) is **GRANTED**.
2. Defendant's Motion for Summary Judgment (ECF No. 19) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant shall **REINSTATE** Plaintiff's long-term disability benefits retroactive to the November 2023 termination date, together with any prejudgment interest accrued on a monthly basis. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

Mary Kay Costello

MARY KAY COSTELLO
United States District Judge